DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:92CR00148 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| Peter C. Moore | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant and his counsel, Debra Migdal appeared before this Court on April 19, 2012. Attorney Gary Arbeznik on behalf of the government was also present. A report and recommendation was filed on February 29, 2012. (See docket #168).

IT IS ORDERED that the Court adopts the Magistrate Judges' Report & Recommendation [168] and finds the defendant has violated his conditions of supervised release. Defendant is sentenced to the custody of the Bureau of Prisons for a period of 14 months; with 10 months to run concurrently with the state sentence the defendant is currently serving and 4 months to run consecutive to that sentence. The Court recommends commitment to the FPC Montgomery in Montgomery, Alabama. Upon release from confinement the defendant's period of supervised release will continue.

IT IS SO ORDERED.

| | |
|---|---|
| April 20, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |